UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,　　　　　　　　　　**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

　　　　　　　-against-

　　　　　　　　　　　　　　　　　　　　　　　　　　　-CR-　　( )( )

　　　　　　　　　　　　　　　Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ Olajide Omasanya　　　　　　　　　　　　　　　/s/ Kenneth Montgomery
_____　　　　　　_____
Defendant's Signature　　　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____　　　　　　_____
Print Defendant's Name　　　　　　　　　　　　　Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____
Date

_____
JAMES L. COTT
United States Magistrate Judge